**NOT FOR PUBLICATION**

```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                                        :
MOHAMED F. EL-HEWIE,                    :   CIVIL ACTION NO. 09-927 (MLC)
                                        :
      Plaintiff,                        :       O P I N I O N
                                        :
      v.                                :
                                        :
JON S. CORZINE, et al.,                 :
                                        :
      Defendants.                       :
                                        :
```

**THE COURT** dismissed the Complaint in this action brought by the plaintiff pro se. (See dkt. entry no. 27, 6-24-09 Order; dkt. entry no. 26, 6-24-09 Op.; see also dkt. entry no. 40, 8-25-09 Order Denying Mot. for Reconsideration; dkt. entry no. 39, 8-25-09 Op.)  The Court assumes that the parties are familiar with the contents of the Court's previous opinions and orders herein, and will not repeat them here.

**THE PLAINTIFF** now moves to reopen this action, and raises the same arguments that he raised previously in support of his claims. (See dkt. entry no. 42, Pl. Br. & Exs.; dkt. entry no. 44, Pl. Reply Br. & Exs.)  The Court's previous reasoning still applies: (1) the plaintiff is barred from seeking relief from an order issued by one district court judge by bringing an action before a second district court judge; (2) the plaintiff's claims against various judges are barred under the absolute-immunity doctrine; (3) the Court will abstain from exercising jurisdiction

due to the ongoing state proceedings; (4) the plaintiff is barred from seeking review by a federal district court of determinations made in the state proceedings; and (5) the plaintiff's claims are barred by res judicata. (See 6-24-09 Op. at 4-8.) The Court will deny the motion before the return date, as it is without merit. For good cause appearing, the Court will issue an appropriate order.[1]

                                                 s/ Mary L. Cooper  
                                                **MARY L. COOPER**  
                                                United States District Judge

Dated: April 1, 2010

---

[1] The plaintiff points out that there has been further activity in El-Hewie v. Bergen County, D.N.J. No. 08-1760 (FSH) and the related state proceedings. (Pl. Br. at 3-11.) This Court's previous reasoning still applies nonetheless.